UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

| | |
|---|---|
| GOODMAN AND DOMINGUEZ, INC.,[1] | Case No. 17-17237-RAM |
| TRAFFIC, INC., | Case No. 17-17239-RAM |
| TRAFFIC LAS PLAZAS, INC., | Case No. 17-17240-RAM |
| TRAFFIC PLAZA DEL NORTE, INC., | Case No. 17-17241-RAM |
| d/b/a TRAFFIC, | |
| d/b/a TRAFFIC SHOES, | Chapter 11 |
| | Jointly Administered |

Debtors.

_____/

## DEBTORS' EMERGENCY MOTION FOR AUTHORIZATION TO (I) PAY CERTAIN PREPETITION EMPLOYEE OBLIGATIONS AND MAINTAIN AND CONTINUE EMPLOYEE BENEFITS AND PROGRAMS; AND (II) FOR BANKS AND OTHER FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TO HONOR TRANSFERS RELATED TO SUCH OBLIGATIONS
### (Emergency Hearing Requested)

### Basis for Requested Emergency Hearing

The Debtors respectfully request that the Court conduct a hearing on this Motion within two business days of the Petition Date, consistent with Local Rule 9013-1(F). The Debtors have determined that, in order to ensure that the Employees (as defined herein) remain with the Debtors, and in order to maintain employee morale and productivity and continuous service to their customers, it is necessary to pay, in the ordinary course of the Debtors' business, the Prepetition Employment Obligations (as defined herein) that are owed to or payable for the benefit of the Debtors' current Employees as set forth in this Motion. Payment of these amounts will encourage the Employees to continue to work for the Debtors, thereby avoiding potential disruption in the Debtors' business and their service to customers, promoting the prospects for a successful reorganization, and, ultimately, enhancing potential recoveries for the creditors. The Debtors respectfully request that the Court waive the provisions of Local Rule 9075-1 (B), which requires an affirmative statement that a bona fide effort was made in order to resolve the issues raised in this Motion, as the relief requested herein is urgent in nature and does not lend itself to advance resolution.

---

[1]The Debtors' current mailing address is 10701 NW 127 St, Medley, FL 33178. G&D and TI both use EIN 59-2268839. Las Plazas's EIN is 66-0726918 and Plaza del Norte's EIN is 66-0719972.

Goodman and Dominguez, Inc. d/b/a Traffic ("**G&D**" or the "**Debtor**"), Traffic, Inc. ("**TI**"), Traffic Las Plazas, Inc. ("**Las Plazas**"), and Traffic Plaza Del Norte, Inc. ("**Plaza del Norte**") (G&D and TI collectively shall be referred to as the "**FL Debtors**" and Las Plazas and Plaza del Norte collectively shall be referred to as the "**PR[2] Debtors**" and the FL Debtors and the PR Debtors shall collectively be referred to as the "**Debtors**"), by and through undersigned counsel, pursuant to 11 U.S.C. § 105(a), 363(b) and 507(a)(4), Federal Rule of Bankruptcy Procedure 6003, and Local Rules 9013-1(F) and (I) and 9075-1, file this motion (the "**Motion**") seeking entry of an order authorizing the Debtors to (i) pay prepetition employee obligations and maintain and continue employee benefits and programs; and (ii) authorizing their banks and other financial institutions to honor and process checks and to honor transfers related to such obligations.  In support of the Motion, the Debtors respectfully represent as follows:

### Jurisdiction and Venue

1.      This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 1334 and 157.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief sought herein are Sections 105(a), 507(a)(4), 507(a)(5) and 541 of the Bankruptcy Code, Rule 6003 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Local Rule 9013-1(I).

### Procedural Background

4.      On June 9, 2017 (the "**Petition Date**"), the Debtors captioned above filed their respective voluntary petitions under Chapter 11 of the United States Bankruptcy Code.

---

[2] PR refers to the Puerto Rican entities.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

5.      The Debtors are operating their business and managing their affairs as debtors-in-possession.  11 U.S.C. §§ 1107(a) and 1108.

6.      The Debtors' own and operate a closely-held business in the retail shoe industry and on-line sales via e-commerce at www.trafficshoe.com.   The business, which started in Miami in 1989 with just one store, strives to provide the hottest footwear to a fashion forward, budget conscious consumer.   Debtor G&D[3] pays for all employee wages and employee benefits.

### Relief Requested

7.      Debtor G&D, on behalf of all Debtors, seeks the entry of an order pursuant to sections 105(a), 507(a)(4), and 363(b) of the Bankruptcy Code:  (i) authorizing, but not directing, it to pay and/or honor prepetition employee-related obligations, including, but not limited to, prepetition wages, salaries, commissions, medical, dental and insurance benefits, paid time off, vacation, sick and medical leave, and workers' compensation insurance (collectively, the "***Prepetition Employment Obligations***"), (ii) authorizing those banks holding its payroll accounts to honor checks issued to employees prepetition that have not cleared or been presented as of the Petition Date, and (iii) authorizing, but not directing, it to continue its practices, programs and policies in effect as of the Petition Date with respect to all Prepetition Employment Obligations.   A schedule containing the information required by Local Rule 9013-1(I)(1) is attached hereto as **Composite Exhibit A**.[4] As required by Local Rule 9013-1(I)(2), there are five

---

[3]  Debtor and Debtors will be used herein interchangeably to indicate the combined business operation of all Debtors.
[4]  The Debtor pays its payroll bi-weekly on a rolling basis one week in arrears. However, due to the number of employees, it splits payroll by what it refers to as South and North (dividing stores in the US, and Puerto Rico stores are paid along with the South US stores).  Accordingly, payroll for the prepetition time period of Monday May 29th, 2017 through Sunday June 11th, 2017 is due and payable on June 16th, 2017 (North) and payroll for the partial prepetition time period of Monday June 5th, 2017 through Sunday June 18th, 2017 is due and payable on June 23rd, 2017 (South and PR).   The Debtor requests authority herein to pay both the full prepetition payroll as well as the portion of the second payroll that is incurred prepetition.  Although the exact prepetition amounts for the partial second payroll are not yet finalized, the amounts estimated herein include what the Debtor anticipates to be owed for

(5) insiders among the employees listed on **Composite Exhibit A**, and their names and positions with the Debtor is as follows:

8.     David Goodman is the President of the Debtors and owns 100% of Traffic, Inc., Traffic Las Plazas, Inc., and Traffic Plaza Del Norte, Inc. and 70% of G&D.  Mr. Goodman operates and controls the Debtors.  Mr. Goodman receives an annual salary of $440,000.08 and the following benefits: health, dental and life insurance, car payment of $823.23, and reimbursement of expenses paid related to the Debtor. Additionally, car insurance is provided.

9.     Ornella Goodman owns 30% of G&D.  She is also employed as the Debtors' Buyer.  Mrs. Goodman receives an annual salary of $130,000.00 and the following benefits: she is included in Mr. Goodman's insurance plans and receives a $500 monthly car allowance and the balance of her car payment in the amount of $135.68 (made directly by G&D on her behalf) is deducted from her paycheck.  Further, her cell phone service is paid directly by G&D. Additionally, car insurance is provided.

10.    Chiara Goodman is the daughter of the Goodmans and receives an annual salary of $9,853.74 and the following benefits: she is included in Mr. Goodman's insurance plans and receives a $309.59 monthly car allowance paid directly by G&D. Further, her cell phone service is paid directly by G&D.  Additionally, car insurance is provided.

11.    Joshua Goodman is the son of the Goodmans and receives an annual salary of $9,853.74 and the following benefits: he is included in Mr. Goodman's insurance plans and receives a $441.45 monthly car allowance paid directly by G&D. Further, his cell phone service is paid directly by G&D.  Additionally, car insurance is provided.

---

both the full and partial prepetition pay periods and will not result in any single Employee being owed in excess of the $12,850 cap on priority claim treatment set forth in section 507(a)(4) of the Bankruptcy Code.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

12.     Daniela Iuri is Ornella Goodman's sister and works in stores in Texas.  She works part time at the hourly rate of $15.00 for approximately 29 hours per week and receives the following benefits: health, dental and life insurance.  Further, her cell phone service is paid directly by G&D.

13.     Each of the foregoing insider employees are legitimate employees, working full-time or part time for the Debtors[5] and are absolutely essential to the Debtors' business operation. Moreover, if the Debtors were required to replace any of such employees, the Debtors' business operations would be severely disrupted and prejudiced.  In addition, replacement of such employees could not likely be done at any cost savings to the Debtors.   Instead, the Debtors believe that the cost of replacing these employees would likely exceed the current amounts being paid to such employees.

14.     All applicable payroll taxes and related benefits, to the extent applicable, will be paid concurrently with the payment of the prepetition wages identified on <u>Composite Exhibit A</u> to this Motion when authority to pay such wages has been granted.  *See* Local Rule 9013-1(I).

**<u>Payment of Employee Compensation, Withholding Obligations and Insurance Costs</u>**

15.     As further described below, the Debtors' gross Prepetition Employee Obligations total approximately $234,902.73.

**A.  <u>Prepetition Wages, Salaries and Other Compensation</u>**

16.     As of the Petition Date, the Debtor employed approximately 286 employees (the "***Employees***"), of which 144 are full time and 142 are part time employees. Below is a breakdown by positions:

        a)      7 people are in corporate management positions;

---

[5] Daniela Iuri does not work full-time.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

   b)    82 people are in sales management positions;

   c)    123 people are in sales force positions;

   d)    61 office personnel; and

   e)    13 people are in warehouse positions.

17.    Approximately 278 Employees are paid on an hourly basis and approximately 8 Employees are paid a fixed salary.  The Debtors' Employees are the public "face" of their business; they are responsible for ensuring that customers receive the product they have come to expect from the Debtors.  The Debtors' business also crucially depends on its Employees at the warehouse who assist with facilitating sales.  The Employees' skills and their knowledge and understanding of the Debtors' operations, customer and supplier relationships, and infrastructure are essential to maintaining the Debtors' business enterprise and the success of their chapter 11 reorganization efforts. Without the Employees' continued commitment to the Debtors' business operation, the Debtors' ability to achieve a successful reorganization would be severely compromised.

   B.    **Payroll and Related Obligations**

       a)    **Compensation Obligations**

18.    In the ordinary course of its business, the Debtor incurs payroll and various other obligations for its Employees and provides other benefits to its Employees for the performance of services. These benefits and obligations are described in more detail below.

19.    In the ordinary course of business, the Debtor incurs payroll obligations to its Employees, comprised generally of wages and salaries.  The Debtor pays its Employees on a bi-weekly basis, on Friday, one week in arrears.  The Debtor's average monthly gross payments based on the last twelve months (*i.e.,* gross salaries and wages paid to Employees before

Employee taxes, garnishments or other deductions are withheld) for all Employees is approximately $386,494.76 per month. The last date Employees were compensated prior to the Petition Date was June 7, 2017 (South) and June 2, 2017 (North), which primarily included all salaries and wages earned through May 22, 2017 through June 4, 2017 (South) and May 15, 2017 through May 28, 2017 (North).

20.      The Debtor's payroll is issued via checks or by direct deposit. The Debtor uses ADP to assist in the processing of its payroll and funds the payment of payroll tax obligations and garnishment obligations (as discussed below).

21.      Because Employees are paid in arrears, as of the Petition Date, some of the Employees will not have been paid all of their prepetition wages. Additionally, some of the Employees may be entitled to compensation because, among other things, (i) potential discrepancies may exist between the amounts paid and amounts Employees believe should have been paid, which, upon resolution, may reveal that additional amounts are owed to such Employees, and (ii) some payroll checks issued to Employees prior to the Petition Date may not have been presented for payment or may not have cleared the banking system and, accordingly, have not been honored and paid as of the Petition Date.

22.      The Debtor estimates that, as of the Petition Date, the accrued and unpaid prepetition salaries and wages (the "***Compensation Obligations***") total approximately $193,247.00, and that approximately $12,055.73 in payroll checks from previous pay periods are outstanding and have not been cashed by Employees and former Employees. Notably, as of the Petition Date, to the best of the Debtor's understanding, none of the Employees are owed more than $12,850 in accrued and unpaid prepetition wages or salaries, excluding outstanding and uncashed payroll checks.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

23.     By this Motion, the Debtor seeks authority, but not direction, to pay any unpaid Compensation Obligations and outstanding payroll checks not yet presented for payment, and to continue its employee compensation practices in the ordinary course during the administration of these chapter 11 cases.

24.     All applicable payroll taxes and related benefits due to the Employees will be paid concurrently with payment of the wages.

## C.    Amounts Withheld on Behalf of Third Parties

### 1.    Payroll Tax Obligations

25.     In connection with the salaries and wages paid to Employees, the Debtor is required by law to withhold from its Employees' wages amounts related to federal, state, and local income taxes, as well as social security and Medicare taxes (collectively, the "*Employee Withholding Taxes*") and to remit the same to the applicable taxing authorities (the "*Taxing Authorities*"). In addition, the Debtor is required to make matching payments from its own funds for, among other things, social security and Medicare taxes and to pay, based on a percentage of gross payroll, state and federal unemployment insurance, employment training taxes, and state disability insurance contributions (the "*Employer Payroll Tax Obligations*," and together with Employee Withholding Taxes, the "*Payroll Tax Obligations*").

26.     Each pay cycle, the Debtor withholds any applicable Employee Withholding Taxes from the Employees' wages, and remits the same to the applicable Taxing Authorities. Historically, on average, the Debtor has withheld approximately $68,591.74 per month in Employee Withholding Taxes.   At the same time, the Debtor also remits any Employer Payroll Tax Obligations.  The Debtor's average monthly payment for Employer Payroll Tax Obligations has been approximately $31,555.76 per month.

27.    As of the Petition Date, the Debtor estimates that it owes approximately $100,147.50 in accrued Payroll Tax Obligations.

### 2. <u>Garnishment</u>

28.    In the ordinary course of processing the Employees' payroll, the Debtor may be required by law, in certain circumstances, to withhold certain amounts for garnishments such as tax levies, child support, and other court-ordered garnishments (the "***Garnishments***"). The Debtor withholds, on average, $189.10 per month from Employee wages and salaries on account of Garnishments, and remits the same to the appropriate authorities or entities.    Some Garnishments are remitted immediately through automatic clearing house transfers, whereas others are remitted via a check by mail.    In connection with the Compensation Obligations, the Debtor estimates that it will be required to withhold approximately $189.10 on account of Garnishments (the "***Garnishment Obligations***").

29.    By this Motion, the Debtor seeks authority, but not direction, to (i) pay any accrued and unpaid Payroll Tax Obligations and Garnishment Obligations, and (ii) continue to pay Payroll Tax Obligations and Garnishment Obligations, and remit amounts withheld on behalf of third parties with respect thereto postpetition, in the ordinary course of business throughout the administration of its Chapter 11 case. The Debtor believes that such withheld funds, to the extent that they remain in the Debtor's possession, constitute monies held in trust and, therefore, are not property of the Debtor's bankruptcy estate.    Accordingly, the Debtor requests that its practice of directing such funds to the appropriate parties in the ordinary course of business be specifically authorized and approved by the Court out of an abundance of caution.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

D.    **Business Expenses**

30.    David Goodman utilizes and has provided certain managers with an American Express credit card in the name of David Goodman and G&D.[6]  G&D pays American Express directly for a variety of its Employees' business-related expenses incurred in performing their employment obligations including Fedex shipping, travel for employees, printing expenses, supplies and miscellaneous corporate services and expenses (the "***Business Expenses***"). All Business Expenses are incurred with the understanding that they will be paid for by the Debtor. The Debtor reviews the American Express statements and pays the amounts related to the business directly to American Express. Historically, Business Expenses aggregate approximately $35,000 per month. The Business Expenses outstanding as of the Petition Date are approximately $0.00.  At this time the Debtors are not using the American Express credit cards; however, at the Debtor's discretion, when appropriate, G&D requires the ability to do so.

31.    David Goodman utilizes a CitiBank credit card in the name of David Goodman for a variety of business-related expenses such as travel for employees, supplies, and miscellaneous corporate services. Expenses aggregate approximately $2,500.00 per month.

32.    Further, the Debtor spends approximately $3,600.00 monthly to reimburse those employees listed on **Exhibit B** for mileage expenses ("***Mileage Expenses***").  Lastly, approximately $250.00 is spent monthly to reimburse an employee who shops for miscellaneous supplies used by the Debtor ("***Miscellaneous Expenses***").

33.    The Debtor intends to continue this practice relating to Business Expenses, Mileage Expenses and Miscellaneous Expenses in the ordinary course during the administration of its Chapter 11 case, at the appropriate time and in its business judgment.

---

[6] G&D is not liable on this credit card account. However, G&D utilizes the credit and pays the charges directly.

E.      **Employee Benefit Plans**

34.      In the ordinary course of business, the Debtor has established various benefit plans and policies for their Employees that can be divided into the following categories: (i) medical and prescription drug benefits, and dental care (collectively, the "***Health Plans***"); (ii) life insurance ("***Life Insurance***"), and (iii) paid vacation time ("***Vacation Time,***" and together with the Health Plans and Life Insurance, the "***Employee Benefit Plans***"). In certain instances, the Debtor deducts specified amounts from the Employees' wages in connection with the Employee Benefit Plans, such as, among others, the Health Plans.

35.      All obligations with respect to the Employee Benefit Plans (including insurance policies and coverage) are hereinafter referred to as the "***Employee Benefit Obligations***," which include, without limitation, the obligations arising under the various plans described below. As of the Petition Date, the Debtor believes that the accrued and unpaid prepetition Employee Benefit Obligations, comprised solely of Employee contributions to such plans, total approximately $29,600.

F.      **Workers' Compensation Insurance**

36.      The Debtor provides workers' compensation insurance coverage for the benefit of all Employees.  These benefits are covered primarily under the Debtor's workers' compensation insurance program, which program is provided and administered by Zenith Insurance Company ("***Zenith***"), an A-rated domestic carrier, up to a maximum of $1,000,000 per incident and $1,000,000 per individual.   The Debtor pays directly to Zenith, on monthly basis, those amounts required to pay allowed claims, then Zenith pays the claimants directly.  Failure to maintain this insurance could result in the institution of administrative or legal proceedings against the Debtor. The monthly premium for the workers' compensation, including excess coverage, is approximately $6,169.00.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

37.    The Debtor seeks authority to pay any workers' compensation premium that remained accrued and unpaid as of the Petition Date and continue paying and/or contesting in good faith, as appropriate in the Debtor's business judgment, all amounts related to workers' compensation claims that arose prior to the Petition Date, including, without limitation, any payments to insurers required as a result of such claims, as they become due in the ordinary course of the Debtor's business.

## G.    Direction to Banks

38.    Finally, the Debtor seeks an order authorizing and directing all banks to receive, process, honor, and pay any and all checks drawn on the Debtor's payroll and general disbursement accounts related to the Compensation Obligations, the Payroll Tax Obligations, the Garnishment Obligations, the Business Expenses, and the Employee Benefit Obligations, (collectively, the "***Prepetition Employment Obligations***"), including any uncashed checks that were issued prior to the Petition Date with respect thereto, whether presented before or after the Petition Date, provided that sufficient funds are on deposit in the applicable accounts to cover such payments.

39.    The Debtor's Employees would suffer hardship if they were to lose (or suffer a delay in receiving) their anticipated pay and benefits.

40.    The Debtor has paid their Prepetition Employment Obligations on a current basis. Some Prepetition Employment Obligations for the period immediately before the filing of the petitions, however, have not been paid, primarily because the petitions were filed after the Employees' entitlements had accrued, but before payment was due.

41.    The Debtor has determined that, in order to ensure that the Employees remain with the Debtor during its Chapter 11 case, and in order to maintain Employee morale and productivity and continuous service to their customers, it is necessary to pay, in the ordinary

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

course of the Debtor's business, the Prepetition Employment Obligations that are owed to or payable for the benefit of the Debtor's current Employees as set forth in this Motion.  Payment of these amounts will encourage the Employees to continue to work for the Debtor, thereby avoiding potential disruption in the Debtor's business and its service to customers, promoting the prospects for a successful reorganization, and, ultimately, enhancing potential recoveries for the Debtor's creditors.

### V.      Legal Basis and Authority for Relief

42.      As a result of the commencement of this case, and in the absence of an order of the Court providing otherwise, the Debtor may be prohibited from paying or otherwise satisfying their Prepetition Employment Obligations described above.  To maintain Employee morale at this critical time for the Debtor, and to minimize the personal hardship the Employees would suffer if prepetition employee-related obligations are not paid when due, the Debtor seeks authority to honor in the exercise of its business judgment such obligations, including those described above.  Accordingly, pursuant to sections 105(a), 363(b) and 507(a)(4) of the Bankruptcy Code and the "necessity of payment" doctrine, the Debtor seeks entry of an order authorizing, but not directing, the Debtor to (i) pay Prepetition Employment Obligations, and (ii) continue the practices, programs and policies in effect as of the Petition Date with respect to all Prepetition Employment Obligations.  Relief similar to that sought herein has been granted by Courts in this District.  *See, e.g., In re Protective Products of America, Inc., et. al.*, Chapter 11 Case No. 10-10711-BKC-JKO (Bankr. S.D. Fla. Jan. 19, 2010) (Olson, J.); *In re DM Industries, Ltd.*, Chapter 11 Case No. 09-15533-BKC-LMI (Bankr. S.D. Fla. Mar. 31, 2009) (Isicoff, J.); *In re Gemini Cargo Logistics, Inc. et al.,* Chapter 11 Case No. 08-18173-BKC-AJC (Bankr. S.D. Fla. June 20, 2008) (Cristol, J.); *In re Tousa, Inc., et al*, Chapter 11 Case No. 08-10928-BKC-JKO (Bankr. S.D. Fla. Jan. 31, 2008) (Olson, J.); *In re Gemini Cargo Logistics, Inc. et al.,*

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

Chapter 11 Case No. 06-10870-BKC-AJC (Bankr. S.D. Fla. March 17, 2006) (Cristol, J.);  *In re*

*Atlas Air Worldwide Holdings, Inc. et al.,* Chapter 11 Case No. 04-10792-BKC-RAM (Bankr.

S.D. Fla. Feb. 10, 2004) (Mark, J.).

      43.    Section 363(b)(1) of the Bankruptcy Code provides: "The trustee, after notice and

a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the

estate." 11 U.S.C. § 363(b)(1).  Section 105(a) of the Bankruptcy Code provides:

> The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title. No provision of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, *sua sponte*, taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process.

11 U.S.C. § 105(a).

      44.    Pursuant to section 507(a)(4) of the Bankruptcy Code, as amended by the

Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, each employee may be

granted a priority claim for:

> allowed unsecured claims, but only to the extent of $12,850 for each individual or corporation, as the case may be, earned within 180 days before the date of the filing of the petition or the date of the cessation of the debtor's business, whichever occurs first, for –
>
> (A)    wages, salaries, or commissions, including vacation, severance, and sick leave pay earned by an individual; or
>
> (B)    sales commissions earned by an individual or by a corporation with only 1 employee, acting as an independent contractor in the sale of goods or services, for the debtor in the ordinary course of the debtor's business if, and only if, during the 12 months preceding that date, at least 75 percent of the amount that the individual or corporation earned by acting as an independent contractor in the sale of goods or services was earned from the debtor . . .

11 U.S.C. § 507(a)(4).

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

45.    Because all of the Prepetition Employment Obligations constitute priority claims pursuant to section 507(a)(4) of the Bankruptcy Code, which claims must be paid in full pursuant to section 1129(a)(9) of the Bankruptcy Code in order to confirm a plan of reorganization, payment of such obligations at this time merely affects the timing, but not the appropriateness, of such payments. To the extent that Employees are owed in excess of $12,850 in respect of Prepetition Employment Obligations earned within 180 days of the Petition Date, the Debtor seeks to cap the payment at $12,850, and will not pay in excess of this amount for Prepetition Employee Obligations.

46.    The Debtor's Employees are essential to the success of their business, and thus to a successful reorganization. The stability of the Debtor's workforce is essential to its continued operations. It is therefore critical that the Debtor be permitted to continue the ordinary course personnel policies, programs and procedures that were in effect prior to the Petition Date.

47.    The Eleventh Circuit has recognized and applied the doctrine of necessity in various cases. *See, e.g., Southern Ry. Co. v. U.S. Fidelity & Guar. Co*., 87 F.2d 118, 119 (5th Cir. 1936)[7] ("There is a doctrine which permits preferential payment of a common claim when necessary for the benefit of the estate.") (citing *Miltenberger v. Logansport R. Co*., 106 U.S. 286 (1882)). The doctrine was expanded to non-railroad debtors in a decision by Judge Learned Hand in *Dudley v. Mealey*, 147 F.2d 268, 271 (2d Cir. 1945) (holding, in a hotel reorganization case, that the court was not "helpless" to apply the rule to supply creditors of non-railroad debtors where the alternative was the cessation of operations).

48.    Today, the rationale for the necessity of payment rule – the rehabilitation of a debtor in reorganization cases – is "the paramount policy and goal of Chapter 11." *In re*

---

[7] This case constitutes binding Eleventh Circuit precedent. *Bonner v . City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc).

*Ionosphere Clubs, Inc.,* 98 B.R. 174, 176 (Bankr. S.D.N.Y. 1989); *In re Just For Feet, Inc.*, 242 B.R. 821 (D. Del. 1999) (payment of prepetition claims to certain trade vendors was "essential to the survival of the debtor during the Chapter 11 reorganization"); *In re Quality Interiors. Inc.*, 127 B.R. 391, 396 (Bankr. N.D. Ohio 1991) ("payment by a debtor-in-possession of pre-petition claims outside of a confirmed plan of reorganization is generally prohibited by the Bankruptcy Code," but "[a] general practice has developed, however, where bankruptcy courts permit the payment of certain pre-petition claims, pursuant to 11 U.S.C. § 105, where the debtor will be unable to reorganize without such payment"); *In re Eagle-Picher Indus., Inc.,* 124 B.R. 1021, 1023 (Bankr. S.D. Ohio 1991) (court approved payment of prepetition unsecured claims of toolmakers as "necessary to avert a serious threat to the Chapter 11 process"); *In re Adams Apple, Inc.*, 829 F.2d 1484, 1490 (9th Cir. 1987) (recognizing that allowance of "unequal treatment of pre-petition debts when necessary for rehabilitation . . . "); *In re Chateauguay Corp.,* 80 B.R. 279, 287 (Bankr. S.D.N.Y. 1987) (authorizing payment of prepetition worker's compensation claims on grounds that the fundamental purpose of reorganization and equity powers of bankruptcy courts "is to create a flexible mechanism that will permit the greatest likelihood of survival of the debtor and payment of creditors in full or at least proportionately"); *see also 2 Collier on Bankruptcy*, ¶ 105.04[5][a] (15th ed. Rev. 2004).

49.    The Debtor further submits that the withholding obligations do not constitute property of its estate and principally represent employee earnings that governments (in the case of taxes), Employees (in the case of voluntary withholding obligations), and judicial authorities (in the case of involuntary withholding obligations), have designated for deduction from Employee paychecks.  The failure to transfer these withheld funds could result in hardship to certain employees.  The Debtor expects inquiries from garnishers regarding Debtor's failure to

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

submit, among other things, child support and alimony payments, which are not Debtor's property, but rather, have been withheld from Employee paychecks.  Moreover, if the Debtor cannot remit these amounts, its Employees may face legal action due to the Debtor's failure to submit these payments.

50.    Further, the Debtor submits that with respect to the wage-related taxes that constitute "trust fund" taxes, the payment of such taxes will not prejudice other creditors of the Debtor's estates given that the relevant taxing authorities would have a priority claim under section 507(a)(8) of the Bankruptcy Code in respect of such obligations.  Moreover, the monies payable for trust fund taxes, as well as the other funds that are held in trust for the benefit of third parties, are not property of the Debtor's estate.

51.    The Debtor's Employees are essential to its business.  For this reason, and the reasons set forth above, the request to pay Prepetition Employment Obligations and to continue the ordinary course personnel policies, programs and procedures that were in effect prior to the Petition Date is justified under the foregoing authorities, as well as section 105(a) of the Bankruptcy Code.

## VI.    Reservation of Debtors' Rights

52.    Nothing contained herein is intended or should be construed as an admission as to the validity of any claim against the Debtors, a waiver of the Debtors' rights to dispute any claim, or an approval or assumption of any agreement, contract, or lease under Section 365 of the Bankruptcy Code.  Likewise, if this Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended and should not be construed as an admission as to the validity of any claim or a waiver of the Debtors' rights to subsequently dispute such claim.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order (in the form attached hereto as **Exhibit C**) authorizing the Debtor to pay the Prepetition Employment Obligations and granting such further relief this Court deems just and proper.

Dated: June 9, 2017.

 s/ Joshua W. Dobin
Joshua W. Dobin, Esquire
Florida Bar No. 93696
jdobin@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Proposed Attorneys for the Debtors in Possession*

| Employee File Number | Employment Status | Period Beginning Date | Period End Date | Pay Date | Wages to be Paid | Withholding Amount | Insider |
|---|---|---|---|---|---|---|---|
| 000125 | Active | 05/29/2017 | 06/04/2017 | 06/07/2017 | $441.00 | $33.74 | N/A |
| 000141 | Active | 05/29/2017 | 06/04/2017 | 06/07/2017 | $643.50 | $115.06 | N/A |
| 000234 | Active | 05/29/2017 | 06/04/2017 | 06/07/2017 | $1,012.00 | $167.15 | N/A |
| 000236 | Active | 05/29/2017 | 06/04/2017 | 06/07/2017 | $616.88 | $47.18 | N/A |
| 000275 | Active | 05/29/2017 | 06/04/2017 | 06/07/2017 | $775.50 | $112.14 | N/A |
| 000402 | Active | 05/29/2017 | 06/04/2017 | 06/07/2017 | $933.94 | $381.59 | N/A |
| 000405 | Active | 05/29/2017 | 06/04/2017 | 06/07/2017 | $662.34 | $187.36 | N/A |
| 000487 | Active | 05/29/2017 | 06/04/2017 | 06/07/2017 | $827.38 | $182.61 | N/A |
| 000575 | Active | 05/29/2017 | 06/04/2017 | 06/07/2017 | $1,379.81 | $228.48 | N/A |
| 000613 | Active | 05/29/2017 | 06/04/2017 | 06/07/2017 | $130.00 | $12.94 | N/A |
| 000614 | Active | 05/29/2017 | 06/04/2017 | 06/07/2017 | $485.00 | $78.64 | N/A |
| 000631 | Active | 05/29/2017 | 06/04/2017 | 06/07/2017 | $833.75 | $203.91 | N/A |
| 000648 | Active | 05/29/2017 | 06/04/2017 | 06/07/2017 | $1,044.45 | $237.85 | N/A |
| 000803 | Active | 05/29/2017 | 06/04/2017 | 06/07/2017 | $2,075.00 | $608.97 | N/A |
| 000903 | Active | 05/29/2017 | 06/04/2017 | 06/07/2017 | $378.99 | $28.99 | **Yes** |
| 000910 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $380.00 | $58.22 | N/A |
| 000913 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,046.26 | $227.10 | N/A |
| 000959 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $850.50 | $233.72 | N/A |
| 001000 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $487.50 | $37.29 | N/A |
| 001101 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $969.38 | $261.25 | N/A |
| 001159 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $807.50 | $128.32 | N/A |
| 001401 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,627.50 | $344.57 | N/A |
| 001839 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $864.00 | $191.76 | N/A |
| 001845 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $492.26 | $80.29 | N/A |
| 001894 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $506.00 | $83.41 | N/A |
| 002062 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $833.25 | $113.80 | N/A |
| 002171 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $378.00 | $57.87 | N/A |
| 002486 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $897.34 | $172.04 | N/A |
| 002704 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $490.04 | $89.75 | N/A |
| 003175 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,692.31 | $301.22 | N/A |
| 003227 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,023.00 | $200.50 | N/A |
| 003286 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $891.19 | $150.40 | N/A |
| 003391 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,584.62 | $334.61 | N/A |
| 003532 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $489.25 | $79.60 | N/A |
| 004046 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,559.25 | $371.38 | N/A |

**COMPOSITE EXHIBIT A**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 004109 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $924.52 | $83.49 | N/A |
| 004299 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $492.13 | $80.26 | N/A |
| 004334 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $858.52 | $188.75 | N/A |
| 004384 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,198.13 | $216.80 | **Yes** |
| 004433 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $189.00 | $24.51 | N/A |
| 004928 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,118.00 | $167.46 | N/A |
| 005230 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $327.50 | $48.96 | N/A |
| 005346 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $706.06 | $146.71 | N/A |
| 005420 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,428.75 | $344.16 | N/A |
| 005478 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $531.00 | $110.62 | N/A |
| 005613 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $931.04 | $306.42 | N/A |
| 005676 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,156.38 | $216.26 | N/A |
| 005811 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,151.52 | $88.09 | N/A |
| 005814 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $742.51 | $171.17 | N/A |
| 005841 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $91.50 | $7.31 | N/A |
| 005848 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $778.26 | $145.06 | N/A |
| 005967 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $732.73 | $68.82 | N/A |
| 006285 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $524.90 | $100.37 | N/A |
| 006390 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $840.00 | $182.10 | N/A |
| 006409 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $152.63 | $18.09 | N/A |
| 006681 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $423.01 | $65.82 | N/A |
| 006847 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $951.00 | $218.39 | N/A |
| 006960 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $507.00 | $85.11 | N/A |
| 007095 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $645.00 | $114.89 | N/A |
| 007096 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $816.75 | $215.30 | N/A |
| 007320 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $510.75 | $84.48 | N/A |
| 007334 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $165.75 | $20.41 | N/A |
| 007340 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $841.55 | $136.05 | N/A |
| 007365 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $779.06 | $99.87 | N/A |
| 007496 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $997.20 | $275.24 | N/A |
| 007499 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $627.00 | $60.72 | N/A |
| 007543 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $782.08 | $146.57 | N/A |
| 007568 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $347.31 | $52.46 | N/A |
| 007613 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $484.50 | $55.77 | N/A |
| 007633 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $453.75 | $100.40 | N/A |
| 007688 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $722.50 | $138.72 | N/A |
| 007777 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $885.00 | $191.81 | N/A |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 007824 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $569.88 | $76.17 | N/A |
| 008058 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $843.94 | $149.43 | N/A |
| 008302 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $982.13 | $225.44 | N/A |
| 008689 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $378.99 | $28.99 | **yes** |
| 008693 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,060.23 | $114.36 | N/A |
| 008724 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $681.63 | $123.18 | N/A |
| 008767 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $297.50 | $28.10 | N/A |
| 008881 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $472.50 | $104.86 | N/A |
| 009037 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $956.25 | $190.35 | N/A |
| 009545 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $806.00 | $114.24 | N/A |
| 009553 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $885.94 | $169.46 | N/A |
| 009901 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $16,923.08 | $6,506.93 | **Yes** |
| 009902 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $5,000.00 | $1,163.10 | **Yes** |
| 009904 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $3,700.00 | $1,033.16 | N/A |
| 009905 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,300.50 | $276.17 | N/A |
| 009907 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $2,757.70 | $792.20 | N/A |
| 024174 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $246.38 | $18.84 | N/A |
| 102274 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $204.00 | $27.16 | N/A |
| 143256 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $661.44 | $76.75 | N/A |
| 147340 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $655.00 | $117.15 | N/A |
| 210139 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $451.69 | $39.73 | N/A |
| 214766 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $223.13 | $30.53 | N/A |
| 243042 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $729.13 | $95.41 | N/A |
| 275093 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $366.75 | $55.89 | N/A |
| 323928 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $425.88 | $66.32 | N/A |
| 356756 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $382.81 | $29.28 | N/A |
| 370802 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $410.88 | $31.43 | N/A |
| 379070 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $299.06 | $22.87 | N/A |
| 394650 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $481.25 | $77.80 | N/A |
| 438411 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $592.50 | $102.99 | N/A |
| 445974 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $385.00 | $29.45 | N/A |
| 508715 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $441.75 | $69.12 | N/A |
| 521276 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $416.25 | $64.63 | N/A |
| 612760 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $352.69 | $53.40 | N/A |
| 618746 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,298.50 | $262.91 | N/A |
| 625626 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $634.50 | $112.51 | N/A |
| 645924 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $308.25 | $45.56 | N/A |

| 682259 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $402.50 | $42.88 N/A |
|--------|--------|------------|------------|------------|---------|------------|
| 711022 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,232.64 | $112.56 N/A |
| 728426 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $363.38 | $55.29 N/A |
| 755825 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $161.50 | $19.65 N/A |
| 778118 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $670.13 | $120.57 N/A |
| 806394 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $395.38 | $60.95 N/A |
| 817777 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $447.75 | $54.60 N/A |
| 860846 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $36.13 | $2.76 N/A |
| 870957 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $396.63 | $61.16 N/A |
| 877912 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $534.75 | $89.91 N/A |
| 887302 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $261.38 | $37.29 N/A |
| 921684 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $241.38 | $33.75 N/A |
| 963391 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $207.00 | $27.68 N/A |
| | | | | | **$108,856.64** | **$24,166.05** |

| Employee File Number | Employment Status | Period Beginning Date | Period End Date | Pay Date | Wages to be Paid | Withholding Amount | Insider |
|---|---|---|---|---|---|---|---|
| 000272 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $535.50 | $70.09 | N/A |
| 000275 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $440.00 | $52.93 | N/A |
| 000393 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $426.00 | $66.33 | N/A |
| 000400 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $378.00 | $42.30 | N/A |
| 000590 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $659.00 | $50.42 | N/A |
| 000680 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $199.75 | $26.41 | N/A |
| 000817 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $1,200.00 | $186.04 | N/A |
| 001119 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $904.84 | $69.22 | N/A |
| 001270 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $171.00 | $21.33 | N/A |
| 001345 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $635.50 | $128.94 | N/A |
| 001398 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $880.70 | $121.54 | N/A |
| 001528 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $546.76 | $92.63 | N/A |
| 001736 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $814.06 | $180.29 | N/A |
| 001832 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $378.25 | $57.92 | N/A |
| 001870 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $358.44 | $54.42 | N/A |
| 001892 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $2,115.38 | $504.65 | N/A |
| 001897 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $392.50 | $60.43 | N/A |
| 002068 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $251.75 | $19.26 | N/A |
| 002221 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $983.35 | $75.23 | N/A |
| 002554 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $875.44 | $74.52 | N/A |
| 002556 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $397.50 | $30.40 | N/A |
| 002572 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $926.82 | $232.53 | N/A |
| 002865 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $450.94 | $86.53 | N/A |
| 002950 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $643.50 | $114.55 | N/A |
| 002981 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $310.50 | $45.95 | N/A |
| 003036 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $67.50 | $5.17 | N/A |
| 003053 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $465.67 | $69.81 | N/A |
| 003067 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $190.00 | $14.53 | N/A |
| 003438 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $527.50 | $53.10 | N/A |
| 003613 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $365.75 | $27.97 | N/A |
| 003620 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $1,250.20 | $280.77 | N/A |
| 003811 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $97.75 | $8.40 | N/A |
| 003905 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $803.00 | $150.66 | N/A |
| 004690 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $437.06 | $52.72 | N/A |
| 004701 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $507.50 | $54.97 | N/A |

| 004958 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $581.69 | $78.24 N/A |
|--------|--------|-----------|-----------|-----------|---------|------------|
| 005394 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $552.63 | $93.97 N/A |
| 005444 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $695.25 | $126.27 N/A |
| 005491 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $568.25 | $97.50 N/A |
| 005526 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $1,409.62 | $288.08 N/A |
| 005591 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $936.06 | $180.80 N/A |
| 005610 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $436.50 | $68.19 N/A |
| 005759 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $381.26 | $58.45 N/A |
| 005763 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $552.75 | $93.98 N/A |
| 005878 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $583.25 | $100.89 N/A |
| 005976 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $1,210.76 | $219.66 N/A |
| 006002 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $933.70 | $84.80 N/A |
| 006719 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $531.00 | $89.06 N/A |
| 006847 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $131.25 | $50.87 N/A |
| 007187 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $794.41 | $154.17 N/A |
| 007270 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $329.63 | $49.34 N/A |
| 007273 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $334.88 | $50.25 N/A |
| 007319 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $743.74 | $171.45 N/A |
| 007365 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $450.00 | $100.39 N/A |
| 007387 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $123.75 | $12.99 N/A |
| 007433 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $1,154.29 | $230.25 N/A |
| 007614 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $334.88 | $50.27 N/A |
| 007811 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $1,026.00 | $201.18 N/A |
| 007868 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $573.75 | $98.74 N/A |
| 007994 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $570.00 | $97.89 N/A |
| 007997 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $851.00 | $161.54 N/A |
| 008222 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $434.25 | $52.23 N/A |
| 008261 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $64.00 | $4.90 N/A |
| 008622 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $1,030.18 | $178.78 N/A |
| 008656 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $159.75 | $19.35 N/A |
| 008662 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $261.94 | $37.39 N/A |
| 008814 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $348.00 | $52.56 N/A |
| 008831 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $830.70 | $156.95 N/A |
| 008901 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $519.75 | $51.74 N/A |
| 008967 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $472.14 | $66.35 N/A |
| 008969 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $402.13 | $46.55 N/A |
| 008998 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $220.50 | $30.07 N/A |

| 009068 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $1,827.50 | $440.68 N/A |
|--------|--------|------------|------------|------------|-----------|-------------|
| 009161 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $145.50 | $16.83 N/A |
| 009201 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $1,151.88 | $116.58 N/A |
| 009660 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $762.50 | $125.85 N/A |
| 009788 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $411.12 | $72.28 N/A |
| 009853 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $854.76 | $216.04 N/A |
| 009989 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $490.50 | $46.58 N/A |
| 022881 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $146.25 | $16.97 N/A |
| 024415 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $465.76 | $74.30 N/A |
| 040738 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $165.63 | $20.39 N/A |
| 045024 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $190.00 | $24.68 N/A |
| 046799 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $454.25 | $71.68 N/A |
| 049977 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $379.01 | $42.47 N/A |
| 056698 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $234.94 | $32.63 N/A |
| 060133 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $210.38 | $28.29 N/A |
| 067458 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $184.50 | $14.11 N/A |
| 119853 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $893.42 | $171.15 N/A |
| 132209 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $138.13 | $15.53 N/A |
| 160005 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $440.88 | $68.98 N/A |
| 210998 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $155.88 | $11.92 N/A |
| 237890 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $1,029.38 | $201.94 N/A |
| 271790 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $289.38 | $42.22 N/A |
| 313422 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $240.13 | $33.54 N/A |
| 315853 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $527.25 | $88.22 N/A |
| 330218 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $991.30 | $126.12 N/A |
| 334750 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $500.25 | $82.10 N/A |
| 361865 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $515.38 | $85.53 N/A |
| 375131 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $45.00 | $3.45 N/A |
| 379436 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $266.01 | $38.11 N/A |
| 387713 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $89.25 | $6.91 N/A |
| 399315 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $480.00 | $77.51 N/A |
| 401430 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $840.03 | $159.06 N/A |
| 413686 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $629.00 | $71.02 N/A |
| 436220 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $471.50 | $75.59 N/A |
| 445974 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $462.50 | $35.37 N/A |
| 459399 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $36.13 | $2.77 N/A |
| 475562 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $686.88 | $101.00 N/A |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 490006 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $548.38 | $72.37 | N/A |
| 575899 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $284.88 | $41.43 | N/A |
| 597844 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $159.38 | $19.28 | N/A |
| 598332 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $492.50 | $37.68 | N/A |
| 606990 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $59.50 | $4.56 | N/A |
| 679186 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $201.75 | $26.75 | N/A |
| 683680 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $1,218.74 | $270.38 | N/A |
| 699841 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $442.00 | $69.16 | N/A |
| 704592 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $220.50 | $16.87 | N/A |
| 708318 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $1,204.25 | $232.84 | N/A |
| 724881 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $1,280.00 | $258.71 | N/A |
| 735966 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $294.75 | $22.54 | N/A |
| 744629 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $405.38 | $62.71 | N/A |
| 750838 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $897.00 | $171.96 | N/A |
| 751037 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $395.00 | $60.87 | N/A |
| 768747 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $531.63 | $89.21 | N/A |
| 787077 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $477.25 | $76.89 | N/A |
| 797717 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $344.25 | $51.91 | N/A |
| 806138 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $536.75 | $90.37 | N/A |
| 825885 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $216.75 | $16.58 | N/A |
| 833350 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $382.50 | $43.10 | N/A |
| 844659 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $485.63 | $45.71 | N/A |
| 860846 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $167.88 | $20.78 | N/A |
| 865937 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $629.00 | $111.26 | N/A |
| 866052 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $286.63 | $26.17 | N/A |
| 866498 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $105.75 | $9.81 | N/A |
| 866737 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $85.00 | $6.50 | N/A |
| 867977 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $479.75 | $77.45 | N/A |
| 872803 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $315.00 | $46.75 | N/A |
| 881281 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $894.80 | $127.25 | N/A |
| 888406 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $216.00 | $16.52 | N/A |
| 888445 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $724.38 | $109.50 | N/A |
| 889918 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $123.38 | $9.43 | N/A |
| 902802 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $496.38 | $63.18 | N/A |
| 914969 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $99.00 | $8.63 | N/A |
| 917905 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $200.50 | $15.34 | N/A |
| 919497 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $549.00 | $93.14 | N/A |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 929284 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $227.25 | $31.27 | N/A |
| 936003 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $238.50 | $18.25 | N/A |
| 936515 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $89.25 | $6.82 | N/A |
| 948474 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $418.75 | $65.06 | N/A |
| 954045 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $698.25 | $126.94 | N/A |
| 956331 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $536.75 | $70.31 | N/A |
| 959247 | Active | 05/29/2017 | 06/11/2017 | 06/16/2017 | $274.13 | $20.96 | N/A |
| | | | | | **$78,857.31** | **$12,610.65** | |

| Employee File Number | Employment Status | Period Beginning Date | Period End Date | Pay Date | Wages to be Paid | Witholding Amounts | Insider |
|---|---|---|---|---|---|---|---|
| 004809 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,814.45 | $242.29 | N/A |
| 006118 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $342.24 | $26.18 | N/A |
| 006203 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,121.12 | $98.52 | N/A |
| 007928 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $799.09 | $73.90 | N/A |
| | | | | | **$4,076.90** | **$440.89** | |

| Employee File Number | Employment Status | Period Beginning Date | Period End Date | Pay Date | Wages to be Paid | Withholding Amount | Insider |
|---|---|---|---|---|---|---|---|
| 001219 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $638.32 | $48.83 | N/A |
| 002774 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $181.40 | $13.87 | N/A |
| 003727 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,224.50 | $106.43 | N/A |
| 009431 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $1,131.41 | $86.54 | N/A |
| 952937 | Active | 06/05/2017 | 06/18/2017 | 06/23/2017 | $290.59 | $22.24 | N/A |
| | | | | | **$3,466.22** | **$277.91** | |

**Exhibit B**

| MILEAGE REIMBURSEMENTS | | |
|---|---|---|
| **NAME** | **MEMO** | **AMOUNT** |
| OMAR SANCHEZ | AVERAGE ESTIMATED MILES PAID MONTHLY | $300.00 |
| LEIDYS SANTOS | AVERAGE ESTIMATED MILES PAID MONTHLY | $500.00 |
| BETH STUDSTILL | AVERAGE ESTIMATED MILES PAID MONTHLY | $1,000.00 |
| BIANCA BUREY | AVERAGE ESTIMATED MILES PAID MONTHLY | $500.00 |
| MELISSA BERMUDEZ | AVERAGE ESTIMATED MILES PAID MONTHLY | $500.00 |
| YUSLEIDYS BERNAL | AVERAGE ESTIMATED MILES PAID MONTHLY | $500.00 |
| Kimone Rodrigues | AVERAGE ESTIMATED MILES PAID MONTHLY | $300.00 |

**Supplies for Main Office**

Maria S Hernandez                    Reimbursement for monthly supplies                    $250.00

**EXHIBIT B**

EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

GOODMAN AND DOMINGUEZ, INC.,[1]          Case No. 17-17237-RAM
TRAFFIC, INC.,                            Case No. 17-17239-RAM
TRAFFIC LAS PLAZAS, INC.,                 Case No. 17-17240-RAM
TRAFFIC PLAZA DEL NORTE, INC.,            Case No. 17-17241-RAM
d/b/a TRAFFIC,
d/b/a TRAFFIC SHOES,                      Chapter 11
                                         Jointly Administered

      Debtors.
_____/

**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR AUTHORIZATION
TO (I) PAY CERTAIN PREPETITION EMPLOYEE OBLIGATIONS AND MAINTAIN
AND CONTINUE EMPLOYEE BENEFITS AND PROGRAMS; AND (II) FOR BANKS
AND OTHER FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS
<u>AND TO HONOR TRANSFERS RELATED TO SUCH OBLIGATIONS</u>**

      **THIS MATTER** came before the court on _____, 2017, at ____ ____.m. upon the

*Debtors' Emergency Motion for Authorization to (i) Pay Certain Prepetition Employee*

_____

[1] The Debtors' current mailing address is 10701 NW 127 St, Medley, FL 33178.  G&D and TI both use EIN 59-2268839.  Las Plazas's EIN is 66-0726918 and Plaza del Norte's EIN is 66-0719972.

1

*Obligations and Maintain and Continue Employee Benefits and Programs*; *and (ii) for Banks and Other Financial Institutions to Honor and Process Checks and to Honor Transfers Related to Such Obligations* [ECF No. ____] (the "**Motion**"), pursuant to 11 U.S.C. § 105(a), 363(b) and 507(a)(4), Federal Rule of Bankruptcy Procedure 6003, and Local Rules 9013-1(F) and (I) and 9075-1.  The Court having reviewed the Motion and having heard the statements of counsel in support of the relief requested in the Motion at the hearing before the Court (the "**Hearing**") and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) venue is proper before this Court pursuant to 28 U.S.C. § 1408; (c) this matter is core pursuant to 28 U.S.C. § 157(b)(2); (d) notice of the Motion and the Hearing was sufficient under the circumstances; and (e) the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein on an interim basis, it is accordingly:

**ORDERED AND ADJUDGED** as follows:

1.      The Motion is **GRANTED** *nunc pro tunc* to the Petition Date, June 9, 2017.

2.      The Debtors[2] are authorized, but not directed, to pay and/or honor the Prepetition Employment Obligations, Payroll Tax Obligations, Garnishment Obligations, Business Expenses, Mileage Expenses, Miscellaneous Expenses, and Employee Benefit Obligations; provided however, that payments to Employees on account of any such unpaid wages and salaries shall not exceed the amounts afforded priority status by section 507(a)(4) of the Bankruptcy Code.

3.      All of the Debtors' banks are authorized and directed to receive, process, honor and pay any and all checks or electronic transfers drawn on the Debtors' payroll and general

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

disbursement accounts related to ordinary course wages and salaries, business expenses and other compensation, including the Prepetition Employment Obligations, including any uncashed checks that were issued prior to the Petition Date with respect thereto, whether presented before or after the Petition Date, provided that sufficient funds are on deposit in the applicable account to cover such payments.

4.      The Debtors are authorized, but not directed, to continue their practices, programs and policies in effect as of the Petition Date with respect to all Prepetition Employment Obligations, Payroll Tax Obligations, Garnishment Obligations, Business Expenses, Mileage Expenses, Miscellaneous Expenses, and Employee Benefit Obligations.

5.      Nothing herein or in the Motion, nor any payments made by the Debtors pursuant to this Motion, shall be deemed an assumption or rejection of any Employee Benefit Plans, employment agreement, other program or contract, or otherwise affect the Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract between the Debtors and any Employee.

6.      The Debtors, their officers, employees and agents, are authorized to take or refrain from taking such acts as are necessary and appropriate to implement and effectuate the relief granted herein.

7.      Entry of this Order is not intended nor should be construed as an admission as to the validity of any claim against the Debtors, a waiver of the Debtors' rights to dispute any claim, or an approval or assumption of any agreement, contract, or lease under section 365 of the Bankruptcy Code.  Moreover, any payment made pursuant to this Order is not intended and should not be construed as an admission as to the validity of any claim or a waiver of the Debtors' rights to subsequently dispute such claim.

3

8.    The Court shall retain jurisdiction to hear and determine all matters arising from

or relating to the interpretation or implementation of this Order.

###

**Submitted By:**
Joshua W. Dobin, Esquire
Florida Bar No. 93696
jdobin@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
*Proposed Counsel for Debtors-in-Possession*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:      (305) 358-6363
Telefax:          (305) 358-1221


**Copies Furnished To:**
Joshua W. Dobin, Esquire, is directed to serve copies of this Order on all parties in interest and
to file a Certificate of Service.