UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| GOODMAN AND DOMINGUEZ, INC.,[1] | Case No. 17-17237-RAM |
| TRAFFIC, INC., | Case No. 17-17239-RAM |
| TRAFFIC LAS PLAZAS, INC., | Case No. 17-17240-RAM |
| TRAFFIC PLAZA DEL NORTE, INC., | Case No. 17-17241-RAM |
| d/b/a TRAFFIC, | |
| d/b/a TRAFFIC SHOES, | Chapter 11 |
| | Jointly Administered |
| Debtors. | |
| _____/ | |

**CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY**

In compliance with Local Rule 2081-1(B), Goodman and Dominguez, Inc. d/b/a Traffic and/or d/b/a Traffic Shoes ("*G&D*"), Traffic, Inc. ("*TI*"), Traffic Las Plazas, Inc. ("*Las Plazas*"), and Traffic Plaza del Norte, Inc. ("*Plaza del Norte*") (G&D and TI collectively shall be referred to as the "*FL Debtors*" and Las Plazas and Plaza del Norte collectively shall be referred to as the "*PR[2] Debtors"* and the FL Debtors and the PR Debtors shall collectively be referred to as the "*Debtors*"), by and through undersigned counsel, file this Consolidated Chapter 11 Case Management Summary and state:

The following data represents approximations for background information only and the information may represent the Debtors' best estimate in response to some of the ensuing questions.

1.    Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **June 9, 2017**.

---

[1] The Debtors' current mailing address is 10701 NW 127 St, Medley, FL 33178. G&D and TI both use EIN 59-2268839. Las Plazas's EIN is 66-0726918 and Plaza del Norte's EIN is 66-0719972.
[2] PR refers to the Puerto Rican entities.

2.     Names, case numbers and dates of filing of related debtors:  **The Debtors named above are affiliates and are operated and controlled by David Goodman. They share the same Petition Date.**

3.     Description of the Debtors' business: **The Debtors' own and operate a closely-held business in the retail shoe industry and on-line sales via e-commerce at www.trafficshoe.com.  The business, which started in Miami in 1989 with just one store, strives to provide the hottest in footwear to a fashion forward, budget conscious consumer.**

**The Debtors operate as a single business and are known throughout the industry as one or more of the following:**

- a)     **Goodman and Dominguez, Inc.;**
- b)     **Goodman & Dominguez, Inc.;**
- c)     **Traffic, Inc.;**
- d)     **Traffic Las Plazas, Inc.**
- e)     **Traffic Plaza del Norte, Inc.**
- f)     **Traffic Shoe, Inc.;**
- g)     **Traffic Shoe;**
- h)     **Traffic Shoes; and**
- i)     **Traffic.**

4.     Locations of Debtors' operations and whether the business premises are leased or owned:  **See attached.  The Debtors own no real property.**

5.     Reasons for filing chapter 11:  **The filing was necessitated by the Debtors' desire to restructure its indebtedness, renegotiate, assume and/or reject certain leases and reorganize for the benefit of its creditors and estate. Shopping malls have been hard hit by the significant increase in online shopping. Stores targeting junior or teenage customers have suffered significantly as the younger generation is very tech savvy and more likely to shop online.  Further, many national mall retailers have closed stores or announced major store closings.  The purpose of the Debtors bankruptcy is to enable the Debtors to**

**restructure occupancy and operational costs and to shed certain stores in order to continue to offer the best value to its customers.**

6. List of officers and directors of the Debtors, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

  a)  **David Goodman is the President of the Debtors and owns 100% of Traffic, Inc., Las Plazas and Plaza del Norte and 70% of G&D. Mr. Goodman operates and controls the Debtors. Mr. Goodman receives an annual salary of $440,000.08 and the following benefits: health, dental and life insurance, car payment of $823.23, and reimbursement of expenses paid on behalf of the Debtor. Car insurance is also provided for Mr. Goodman, ex-wife and employee Ornella Goodman and their two children who are part time employees.**

  b)  **Janiris Leonardo is the Chief Financial Officer and receives an annual salary of $97,500 and the following benefits: health, dental and life insurance and direct payment of cell phone service.**

  c)  **Maria Suarmy Hernandez is the HR Director and receives an annual salary of $71,700 and the following benefits: health, dental and life insurance and the direct payment for cell phone service.**

  d)  **David Goodman is the sole director and officer of the PR Debtors.**

7. The Debtor's fiscal or calendar year to date gross income and the Debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

  **G&D**
  a)  **Gross income for 2017 through 6/6/17: $6,232,613.87**
  b)  **Gross income in 2016: $30,475,631.04**

### LAS PLAZAS
a)   Gross income for 2017 through 6/6/17: $141,074.30
b)   Gross income in 2016: $839,174.54

### PLAZA DEL NORTE
a)   Gross income for 2017 through 6/6/16: $74,908.19
b)   Gross income in 2016: $405,067.19

8. Amounts owed to various creditors:

   a)   Obligations owed to priority creditors including priority tax obligations:

**Sales tax**

| | |
|---|---:|
| Florida Department of Revenue | 176,350.70 |
| New York Department of Taxation and Finance | 15,349.26 |
| New Jersey Division of Taxation | 1,600.48 |
| Alabama department of Revenue | 1,009.00 |
| City of Hoover | 1,614.40 |
| Travis A. Hulsey Director | 1,009.00 |
| Louisiana Department of Revenue | 2,929.00 |
| Jefferson Parish Sheriff's Office Bureau of Revenue and Taxation Sales tax Division | 1,117.77 |
| City of Baton Rouge Parish of East Baton Rouge | 2,484.00 |
| Comptroller of Maryland Revenue Admisitration Division | 9,528.68 |
| Texas Department of Revenue | 43,407.58 |
| State of Georgia Department of Revenue | 42,677.47 |
| Commonwealth of PA | 91.03 |

**Puerto Rico Sales Tax**

| | |
|---|---:|
| Traffic Las Plazas | 21,826.41 |
| Traffic Plaza Del Norte | 21,194.92 |
| Goodman & Dominguez, Inc | 9,562.32 |

   b)   With respect to creditors asserting secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the Debtor securing their claims:  Marlin Business Bank finances five Canon printers/copiers and maintains a security interest in them. The agreement is for $27,820.00

to be paid in 26 payments of $1,070.00. Balance of $17,120.00 is outstanding. The value of the equipment is unknown.

    **c)**    Unsecured claims (including rents through 6/6/2017): approximately $6,850,000.00.

9. General description and approximate value of the Debtor's assets:

    **a)**    Cash on hand and on deposit in bank accounts: $214,904.77;

    **b)**    Retail shoe inventory (taken 6/7/17): $1,660,070.00;

    **c)**    Various furniture, fixtures, equipment, and supplies, valued at approximately $100,000, subject to appraisal.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires: **see attached.**

11. Number of employees and amounts of wages owed as of petition date: **As of the Petition Date, the Debtors employ a total of two hundred eighty-six (286) employees who are owed an aggregate of approximately $205,302.73 of net wages prepetition.**

12. Status of debtor's payroll and sales tax obligations: **The Debtor owes payroll taxes for the prepetition payroll period only and sales taxes for December 2015 and May 2017.** *See also*, **response in paragraph 8 above.**

13. Anticipated emergency relief to be requested within 14 days from the petition date:

    **a)**    **Debtor's Emergency Motion for Authorization to (I) Pay Certain Prepetition Employee Obligations and Maintain and Continue Employee Benefits**

and Programs; and (II) for Banks and Other Financial Institutions to Honor and Process Checks and to Honor Transfers Related To Such Obligations;

      b)     Debtors' Emergency Motion for (a) Authority to (i) Maintain Bank Accounts and Continue to Use Existing Business Forms and Checks, and (ii) Continue to Use Existing Cash Management System, and (b) Waiver of Certain Investment and Deposit Guidelines;

      c)     Debtors' Emergency Motion for Authorization to (I) Continue its Insurance Programs; and (II) Pay All Insurance Obligations; and

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]


      d)      **Debtors' Emergency Motion Pursuant to Sections 105(a), 363(b), and 503(b)(1) of the Bankruptcy Code for Authorization to Honor Certain Prepetition Customer Programs.**

| | |
|---|---|
| Dated: June 14, 2017. | Goodman and Dominguez, Inc.<br>a Florida corporation |
| | By:   <u>s/David Goodman (e-filed with consent)</u><br>       David Goodman, its President |
| | Traffic, Inc.<br>a Florida corporation |
| | By:   <u>s/David Goodman (e-filed with consent)</u><br>       David Goodman, its President |
| | Traffic Las Plazas, Inc. |
| | By:   <u>s/David Goodman (e-filed with consent)</u><br>       David Goodman, its President |
| | Traffic Plaza del Norte, Inc. |
| | By:   <u>s/David Goodman (e-filed with consent)</u><br>       David Goodman, its President |
| E-filed by: |  <u>s/ Joshua W. Dobin</u><br>Joshua W. Dobin, Esquire<br>Florida Bar No. 93696<br>jdobin@melandrussin.com<br>MELAND RUSSIN & BUDWICK, P.A.<br>3200 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida  33131<br>Telephone: (305) 358-6363<br>Telecopy: (305) 358-1221<br><br>*Proposed Attorneys for*<br>*the Debtors in Possession* |

LF-93 (12/01/09)

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/5629/5629-1/01960528.DOC.}

Goodman and Dominguez, Inc. - Leasehold Interests
Store 02 - Mall at 163rd Street: Lease for commerical space at 1205 NE 163rd St # 1014 North Miami, FL 33162
Store 03 - Boynton Beach Mall: Lease for commerical space at 801 N. Congress Ave. # 223 Boynton Beach, FL 33426
Store 04 - Southland Mall: Lease for commerical space at 20505 S. Dixie HWY Space 1193 Miami, FL 33426
Store 05 - Coral Springs Mall: Lease for commercial space at 9209 W. Atlantic Blvd Space #9209 Coral Springs, FL 33
Store 07 - Broward Mall: Lease for commerical space at 8000 W. Broward Blvd Space #1513 Plantation, FL 33388
Store 09 - Westland Mall: Lease for commerical space at 1645 W. 49th St. Space #1336 Hialeah, FL 33012
Store 11 - Sawgrass Mills: Lease for commercial space at 12801 W. Sunrise Blvd  Sunrise, FL 33323
Store 14 - Pembroke Lakes Mall: Lease for commerical space at 11401 Pines Blvd #762 Pembroke Lakes, FL 33026
Store 20 - Dolphin Mall: Lease for commercial space at 11401 NW 12th St. Space #142 Miami, FL 33172
Store 22 - Edison Mall: Lease for commercial space at 4125 Cleveland Ave Space#1330 Ft. Myers, FL 33901
Store 23 - Brandon Mall: Lease for commercial space at 459 Westfield Town Center Space #581 Brandon, FL 33511
Store 26 - Citrus Mall: Lease for commercial space at 7941 Citrus Park town Ctr Tampa, FL 33625
Store 31 - Westshore Mall: Lease for commercial space at 183 Westshore Plza Space #BB03 Tampa, FL 33609
Store 32 - Tyrone Mall: Lease for commercial space at 6901 22nd Ave North #908-A St. Petersburg, FL 33710
Store 33 - The Oaks Mall: Lease for commercial space at 6381 Newberry Blvd Space #D-2 Gainesville, FL 32605
Store 35 - Orange Park Mall: Lease for commercial space at 1910 Wells Rd Ste H-18A Orange Park, FL 32073
Store 38 - Volusia Mall: Lease for commercial space at 1700 W. International Speedway #106 Daytona Beach, FL 32
Store 39 - Governor Square Mall: Lease for commercial space at 1315 Apalachee Pkwy Space# 1315 Tallahassee, FL
Store 40 - Arbor Mall: Lease for commercial space at 6700 Douglas Blvd Ste 1410 Douglasville, GA 30135
Store 42 - Town Center At Cobb: Lease for commerical space at 400 Ernest Barrett Parkway Space T16 Kennesaw, G
Store 46 - Wellington Mall: Lease for commercial space at 10300 Forest Hill Blvd Space # 283 Wellingto, FL 33414
Store 47 - Southlake Mall: Lease for commercial space at 1000 Southlake Mall Space #1123 Morrow, GA 30260
Store 61 - Woodbridge Mall: Lease for commercial space at 251 B. Woodbridge Center Dr Woodbridge, NJ 07095
Store 62 - The Avenues Mall: Lease for commercial space at 10300 Southside Blvd Space #2550 Jacksonville, FL 322
Store 66 - Deptford Mall: Lease for commercial space at 1750 Deptford Ctr Rd Suite 1127 Deptford, NJ 08096
Store 67 - South Shore Mall: Lease for commerical space at 1701 Sunrise Highway Ste D-13 Bayshore, NY 11706
Store 69 - Lehigh Mall: Lease for commercial space at 250 Lehigh Valley Mall Space #2090 Whitehall, PA 18052
Store 72 - Wht Marsh Mall: Lease for commercial space at 8200 Perry Hall Blvd Space #7023 Baltimore, MD 21236
Store 73 - Christiana Mall: Lease for commercial space at 453 Christiana Mall Newark, DE 19702
Store 77 - Newport Centre: Lease for commercial space at 30 Mall Drive West Space B44A Jersey City, NJ 07310
Store 92 - Stonecrest Mall: Lease for commercial space at 2929 Turner Hill Road Ste 1250 Lithonia, GA 33038

Traffic, Inc. - Leasehold Interests
Store 24 - University Mall: Lease for commercial space at 2214 University Dr. Tampa FL 33612
Store 51 - Oglethorpe Mall: Lease for commercial space at 7804 Abercorn St. Ste # 87A Savannah, GA 31406
Store 53 -Cumberland Mall: Lease for commercial space at 1417 Cumberland Mall Space #208 Atlanta, GA 30339

EXHIBIT A

| Named Insured | Type of Insurance | Insurance Carrier | Policy Number | Policy Coverages and Limits of Liability | Deductible | Debtor's Premium | Policy Term |
|---|---|---|---|---|---|---|---|
| Goodman & Dominguez, Inc. | Ocean Cargo | Hartford Fire Insurance | | Points of Origin China to Us<br>Each Loss $300,000<br>Per any one metal self-propelled surface vessels/steamers; $150,000<br>Property insured stowed on deck of any vessels/steamer $15,000<br>Property insured per any one aircraft $150,000<br>Property insured per any on barge $15,000<br>Property insured per any one rail, motor carrier, motor truck, or vehicle owned $100,000<br>Property insured in any one package by mail/parcel post $5,000 | $ 500.00 | $ 1,710.36 | 07/16/2016 to 07/16/2017 |
| Goodman & Dominguez, Inc. | Umbrella Coverage NJ, AL. | Sentinel Insurance company/Hartford | | Each Occurrence Limit $5,000,000<br>Aggregate Limit (other than products-completed operations, bodily injury by disease and automobile) $5,000,000<br>Products Completed operations aggregate limit $5,000,000<br>Bodily Injury by Disease Aggregate Limit $5,000,000<br>Retained Limit $10,000 | $ - | $ 28,565.64 | 07/16/2016 to 07/16/2017 |
| Goodman & Dominguez, Inc. | Commercial General Liability NJ, AL. | Sentinel Insurance company/Hartford | | Each Occurrence Bodily injury and propety damage $1,000,000<br>General Aggregate $2,000,000<br>Products & Completed Operations Aggregate $2,000,000<br>Personal and Advertising injury $1,000,000<br>Damage to Rented Premises (each occurrence) $1,000,000<br>Medical Expenses (any one person) $10,000<br>Hired & Nonowned Auto Liability coverage $1,000,000 | $ - | | 07/16/2016 to 07/16/2017 |
| Goodman & Dominguez, Inc. | Umbrella Coverage FL, GA, PA, DE, MD, TX | Nationwide Insurance Co | ACP5944345485 | Each Occurrence Limit $5,000,000<br>Aggregate Limit $5,000,000<br>Retained Limit 0 | $ - | $ 135,736.20 | 07/16/2016 to 07/16/2017 |
| Goodman & Dominguez, Inc. | Commercial Automobile Coverage | Nationwide Insurance Company | ACP5944345485 | Combined Single Limit Bodily injury & Property $1,000,000<br>Uninsured Motorists $1,000,000<br>Medical Payments - Each Person $5,000<br>PIP or Equivalent No Fault $10,000 | $ 500.00 | | 07/16/2016 to 07/16/2017 |
| Goodman & Dominguez, Inc. | General Liability Coverage FL, GA, PA, DE, MD, TX, NY | Nationwide Insurance Co | ACP5944345485 | Each Occurrence Bodily injury and propety damage $1,000,000<br>General Aggregate $2,000,000<br>Products & Completed Operations Aggregate $2,000,000<br>Personal and Advertising injury $1,000,000 | $ - | | 07/16/2016 to 07/16/2017 |

EXHIBIT A

| Named Insured | Type of Insurance | Insurance Carrier Policy Number | Policy Coverages and Limits of Liability | Deductible | Debtor's Premium | Policy Term |
|---|---|---|---|---|---|---|
| Goodman & Dominguez, Inc. | Umbrella Coverage NY Only | Nationwide Insurance ACP3007259510 | Each Occurrence Limit $5,000,000 Aggregate Limit $5,000,000 | $ - | $ 12,616.71 | 07/16/2017 to 07/16/2018 |
| Goodman & Dominguez, Inc. | WorkersComp - NY | The Zenith Z071089207 | Each Accident $1,000,000 Disease-EA Employee $1,000,000 Disease Policy Limit $1,000,000 | | $ 107,883.00 | 1/1/17 to 1/1/18 |
| Goodman & Dominguez, Inc. | Workers Comp PA | Z071089307 | Each Accident $1,000,000 Disease-EA Employee $1,000,000 Disease Policy Limit $1,000,000 | | | 1/1/17 to 1/1/18 |
| Goodman & Dominguez, Inc. | TX | Z071928706 | Each Accident $1,000,000 Disease-EA Employee $1,000,000 Disease Policy Limit $1,000,000 | | | 1/1/17 to 1/1/18 |
| Goodman & Dominguez, Inc. | DE | Z071088707 | Each Accident $1,000,000 Disease-EA Employee $1,000,000 Disease Policy Limit $1,000,000 | | | 1/1/17 to 1/1/18 |
| Goodman & Dominguez, Inc. | FL | Z071088507 | Each Accident $1,000,000 Disease-EA Employee $1,000,000 Disease Policy Limit $1,000,000 | | | 1/1/17 to 1/1/18 |
| Goodman & Dominguez, Inc. | GA | Z071088807 | Each Accident $1,000,000 Disease-EA Employee $1,000,000 Disease Policy Limit $1,000,000 | | | 1/1/17 to 1/1/18 |
| Goodman & Dominguez, Inc. | MD | Z071089007 | Each Accident $1,000,000 Disease-EA Employee $1,000,000 Disease Policy Limit $1,000,000 | | | 1/1/17 to 1/1/18 |
| Goodman & Dominguez, Inc. | NJ | Z071089107 | Each Accident $1,000,000 Disease-EA Employee $1,000,000 Disease Policy Limit $1,000,000 | | | 1/1/17 to 1/1/18 |
| Goodman and Dominguez Inc . and/or Traffic Las Plazas Inc. or Traffic Plaza Del Norte Inc. | Commercial Liability | CP28086062 | Each Occurrence $1,000,000 Fire Damage $100,000 Medical expenses $10,000 General Aggregate $2,000,000 Products Completed Operations Aggregate $1,000,000 Personal Injury & Advertising Injury $1,000,000 Damage to Rented Premises (each occurrence) $300,000 Medical Expenses (any one person) $5,000 | Windstorm & Hail: 2% All others: $250.00 | $ 3,693.00 Paid in full | 01/11/17 to 1/11/2018 |

EXHIBIT A

| Named Insured | Type of Insurance | Insurance Carrier | Policy Number | Policy Coverages and Limits of Liability | Deductible | Debtor's Premium | Policy Term |
|---|---|---|---|---|---|---|---|
| | Commercial Umbrella | | UMB8920676 | Limit of Liability $2,000,000 each occurrence $2,000,000 Aggregate Retention $10,000 | | | 01/11/17 to 1/11/2018 |